

# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

CHAMBERS OF
JUDGE JOAN N. ERICKSEN
DISTRICT JUDGE
300 SOUTH FOURTH STREET
SUITE 12W
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5890

July 20, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

RE: 2008 Financial Disclosure Report

Dear Sir or Madam:

Enclosed are the original and three copies of the Amended 2008 Financial Disclosure
Report for Judge Joan N. Ericksen as per your request by letter dated July 1, 2009.

Very truly yours,

Sheri L. Frette
Judidical Assistant/Calendar Clerk

Enclosures

RECEIVED 2009 JUL 27 A 11: 10 FINANCIAL DISCLOSURE OFFICE

Ericksen_Joan_N

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ericksen, Joan N. | 2. Court or Organization<br><br>U.S. District Court - Minnesota | 3. Date of Report<br><br>05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>12W United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Friends of the Children Foundation |
| 2. Board | Federal Bar Association |
| 3. Rules of Evidence Committee | Judicial Conference |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Minnesota State Judge Retirement Plan - former employer - no control |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 27 A 11:10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Teaching - William Mitchell College of Law | $850.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | 11/15/2008 | Rosemont, IL | Site Evaluators Workshop | Transportation and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Minneapolis Club | Honorary Membership | $25.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Bank | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Minnesota Deferred Comp Plan | B | Dividend | L | T | | | | | |
| 2. Minnesota State Retirement System - Judges' Retirement Plan | | None | L | T | | | | | |
| 3. Ameriprise Money Market | C | Int./Div. | K | T | | | | | |
| 4. Oppenheimer Developing Markets (ODMAX) | | | | | Buy | 12/8 | J | | |
| 5. AIM Global Real Estate (AGREX) | | | | | Buy | 3/5 | J | | |
| 6. AIM Global Real Estate (AGREX) | | | | | Buy (add'l) | 6/3 | J | | |
| 7. AIM Global Reas Estate (AGREX) | | | | | Buy (add'l) | 9/3 | J | | |
| 8. AIM Global Real Estate (AGREX) | | | | | Buy (add'l) | 12/3 | J | | |
| 9. AIM Global Real Estate (AGREX) | A | Dividend | K | T | | | | | |
| 10. Credit Suisse Commodity (CRSAX) | | | | | Buy | 6/3 | J | | |
| 11. Credit Suisse Commodity (CRSAX) | | | | | Buy (add'l) | 9/3 | J | | |
| 12. Credit Suisse Commodity (CRSAX) | | | | | Buy (add'l) | 12/3 | J | | |
| 13. Creidt Suisse Commodity (CRSAX) | A | Dividend | J | T | | | | | |
| 14. Fid Adv Emerging Markets (FAMKX) | | | | | Buy | 3/5 | J | | |
| 15. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 6/3 | J | | |
| 16. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 9/3 | J | | |
| 17. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 12/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fid Adv Emerging Markets (FAMKX) | | | | | Sold (part) | 12/8 | J | | |
| 19. Fid Adv Emerging Markets (FAMKX) | A | Dividend | J | T | | | | | |
| 20. Franklin MN Insured Tax Free (FMINX) | | | | | Buy | 3/5 | J | | |
| 21. Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 6/4 | J | | |
| 22. Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 9/4 | J | | |
| 23. Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 12/4 | J | | |
| 24. Franklin MN Insured Tax Free (FMINX) | A | Dividend | J | T | | | | | |
| 25. RVS High Yield Bond (INEAX) | | | | | Buy | 6/3 | J | | |
| 26. RVS High Yield Bond (INEAX) | | | | | Buy (add'l) | 9/3 | J | | |
| 27. RVS High Yield Bond (INEAX) | | | | | Buy (add'l) | 12/3 | J | | |
| 28. RVS High Yield Bond (INEAX) | A | Dividend | J | T | | | | | |
| 29. Oppenheimer Int'l Bond (OIBAX) | | | | | Buy | 6/4 | J | | |
| 30. Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 31. Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 32. Oppenheimer Int'l Bond (OIBAX) | A | Dividend | J | T | | | | | |
| 33. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy | 3/5 | J | | |
| 34. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 6/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 36. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 37. Oppenheimer Roch Nat'l Muni (ORNAX) | A | Dividend | J | T | | | | | |
| 38. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy | 3/5 | J | | |
| 39. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 6/4 | J | | |
| 40. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 41. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 42. Putnam Int'l Cap Opp (PNVAX) | A | Dividend | J | T | | | | | |
| 43. Vanguard Mid Cap Value (VOE) | | | | | Buy | 3/7 | J | | |
| 44. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 6/6 | J | | |
| 45. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 9/8 | J | | |
| 46. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 12/8 | J | | |
| 47. Vanguard Mid Cap Value (VOE) | A | Dividend | K | T | | | | | |
| 48. Vanguard Mid Cap Growth (VOT) | | | | | Buy | 3/7 | J | | |
| 49. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 6/6 | J | | |
| 50. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 9/8 | J | | |
| 51. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Vanguard Mid Cap Growth (VOT) | A | Dividend | J | T | | | | | |
| 53.  Vanguard Growth (VUG) | | | | | Buy | 3/7 | J | | |
| 54.  Vanguard Growth (VUG) | | | | | Buy (add'l) | 6/6 | J | | |
| 55.  Vanguard Growth (VUG) | | | | | Buy (add'l) | 9/8 | J | | |
| 56.  Vanguard Growth (VUG) | | | | | Buy (add'l) | 12/8 | J | | |
| 57.  Vanguard Growth (VUG) | A | Dividend | K | T | | | | | |
| 58.  RiverSource US Govt (RFGXX) | | | | | Sold | 11/13 | K | | |
| 59.  Fid Adv 529 2010 C (X) | | | K | T | | | | | |
| 60.  Oppenheimer Int'l Bond (OIBAX) | | | | | Buy | 3/6 | J | | |
| 61.  Oppenheimer Int'l Bond (OIBAX) | A | Dividend | J | T | | | | | |
| 62.  RVS High Yield Bond (INEAX) | | | | | Buy | 3/6 | J | | |
| 63.  RVS High Yield Bond (INEAX) | A | Dividend | J | T | | | | | |
| 64.  Credit Suisse Commodity (CRSAX) | | | | | Buy | 3/6 | J | | |
| 65.  Credit Suisse Commodity (CRSAX) | A | Dividend | J | T | | | | | |
| 66.  RiverSource US Govt (RFGXX) | | | | | Buy | 9/18 | J | | |
| 67.  RiverSource US Govt (RFGXX) | | | | | Sold (part) | 11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ericksen, Joan N. | U.S. District Court - Minnesota | 05/04/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 12W United States Courthouse 300 South Fourth Street Minneapolis, MN 55415 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Friends of the Children Foundation |
| 2. Board | Federal Bar Association |
| 3. Rules of Evidence Committee | Judicial Conference |
| 4. | |
| 5. | |

2009 MAY 18 P 12: 48
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Minnesota State Judge Retirement Plan - former employer - no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Teaching - William Mitchell College of Law | $850.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | 11/15/2008 | Rosemont, IL | Site Evaluators Workshop | Transportation and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Minneapolis Club | Honorary Membership | $25.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Bank | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Minnesota Deferred Comp Plan | B | Dividend | L | T | | | | | |
| 2. Minnesota State Retirement System - Judges' Retirement Plan | | None | L | T | | | | | |
| 3. Ameriprise Money Market | C | Int./Div. | K | T | | | | | |
| 4. Oppenheimer Developing Markets (ODMAX) | | | | | Buy | 12/8 | J | | |
| 5. AIM Global Real Estate (AGREX) | | | | | Buy | 3/5 | J | | |
| 6. AIM Global Real Estate (AGREX) | | | | | Buy (add'l) | 6/3 | J | | |
| 7. AIM Global Reas Estate (AGREX) | | | | | Buy (add'l) | 9/3 | J | | |
| 8. AIM Global Real Estate (AGREX) | | | | | Buy (add'l) | 12/3 | J | | |
| 9. AIM Global Real Estate (AGREX) | A | Dividend | K | T | | | | | |
| 10. Credit Suisse Commodity (CRSAX) | | | | | Buy | 6/3 | J | | |
| 11. Credit Suisse Commodity (CRSAX) | | | | | Buy (add'l) | 9/3 | J | | |
| 12. Credit Suisse Commodity (CRSAX) | | | | | Buy (add'l) | 12/3 | J | | |
| 13. Creidt Suisse Commodity (CRSAX) | A | Dividend | J | T | | | | | |
| 14. Fid Adv Emerging Markets (FAMKX) | | | | | Buy | 3/5 | J | | |
| 15. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 6/3 | J | | |
| 16. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 9/3 | J | | |
| 17. Fid Adv Emerging Markets (FAMKX) | | | | | Buy (add'l) | 12/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Fid Adv Emerging Markets (FAMKX) | | | | | Sold (part) | 12/8 | J | | |
| 19.   Fid Adv Emerging Markets (FAMKX) | A | Dividend | J | T | | | | | |
| 20.   Franklin MN Insured Tax Free (FMINX) | | | | | Buy | 3/5 | J | | |
| 21.   Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 6/4 | J | | |
| 22.   Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 9/4 | J | | |
| 23.   Franklin MN Insured Tax Free (FMINX) | | | | | Buy (add'l) | 12/4 | J | | |
| 24.   Franklin MN Insured Tax Free (FMINX) | A | Dividend | J | T | | | | | |
| 25.   RVS High Yield Bond (INEAX) | | | | | Buy | 6/3 | J | | |
| 26.   RVS High Yield Bond (INEAX) | | | | | Buy (add'l) | 9/3 | J | | |
| 27.   RVS High Yield Bond (INEAX) | | | | | Buy (add'l) | 12/3 | J | | |
| 28.   RVS High Yield Bond (INEAX) | A | Dividend | J | T | | | | | |
| 29.   Oppenheimer Int'l Bond (OIBAX) | | | | | Buy | 6/4 | J | | |
| 30.   Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 31.   Oppenheimer Int'l Bond (OIBAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 32.   Oppenheimer Int'l Bond (OIBAX) | A | Dividend | J | T | | | | | |
| 33.   Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy | 3/5 | J | | |
| 34.   Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 6/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 36. Oppenheimer Roch Nat'l Muni (ORNAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 37. Oppenheimer Roch Nat'l Muni (ORNAX) | A | Dividend | J | T | | | | | |
| 38. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy | 3/5 | J | | |
| 39. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 6/4 | J | | |
| 40. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 9/4 | J | | |
| 41. Putnam Int'l Cap Opp (PNVAX) | | | | | Buy (add'l) | 12/4 | J | | |
| 42. Putnam Int'l Cap Opp (PNVAX) | A | Dividend | J | T | | | | | |
| 43. Vanguard Mid Cap Value (VOE) | | | | | Buy | 3/7 | J | | |
| 44. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 6/6 | J | | |
| 45. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 9/8 | J | | |
| 46. Vanguard Mid Cap Value (VOE) | | | | | Buy (add'l) | 12/8 | J | | |
| 47. Vanguard Mid Cap Value (VOE) | A | Dividend | K | T | | | | | |
| 48. Vanguard Mid Cap Growth (VOT) | | | | | Buy | 3/7 | J | | |
| 49. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 6/6 | J | | |
| 50. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 9/8 | J | | |
| 51. Vanguard Mid Cap Growth (VOT) | | | | | Buy (add'l) | 12/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Mid Cap Growth (VOT) | A | Dividend | J | T | | | | | |
| 53. Vanguard Growth (VUG) | | | | | Buy | 3/7 | J | | |
| 54. Vanguard Growth (VUG) | | | | | Buy (add'l) | 6/6 | J | | |
| 55. Vanguard Growth (VUG) | | | | | Buy (add'l) | 9/8 | J | | |
| 56. Vanguard Growth (VUG) | | | | | Buy (add'l) | 12/8 | J | | |
| 57. Vanguard Growth (VUG) | A | Dividend | K | T | | | | | |
| 58. RiverSource US Govt (RFGXX) | | | | | Sold | 11/13 | K | | |
| 59. Fid Adv 529 2010 C | | | K | T | | | | | |
| 60. Oppenheimer Int'l Bond (OIBAX) | | | | | Buy | 3/6 | J | | |
| 61. Oppenheimer Int'l Bond (OIBAX) | A | Dividend | J | T | | | | | |
| 62. RVS High Yield Bond (INEAX) | | | | | Buy | 3/6 | J | | |
| 63. RVS High Yield Bond (INEAX) | A | Dividend | J | T | | | | | |
| 64. Credit Suisse Commodity (CRSAX) | | | | | Buy | 3/6 | J | | |
| 65. Credit Suisse Commodity (CRSAX) | A | Dividend | J | T | | | | | |
| 66. RiverSource US Govt (RFGXX) | | | | | Buy | 9/18 | J | | |
| 67. RiverSource US Govt (RFGXX) | | | | | Sold (part) | 11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544